Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-6430

MARYKAE DAVIS, individually and on behalf
of all others similarly situated,

    v.          Plaintiff,

THE PUR COMPANY (USA), INC.,

          Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed in its entirety, with prejudice.

Date: April 21, 2023                    MARY C. LOEWENGUTH
                                        CLERK OF COURT

                                        By: s/Rosemarie M. Eby-Collom
                                              Deputy Clerk